

# Printy Law Firm

# INVOICE

3411 West Fletcher Ave
Suite A
Tampa, FL 33618

www.printylawfirm.com
O: 8134340649
F: 813-423-6543

| | |
|---|---|
| Number | 50 |
| Issue Date | 9/11/2018 |
| Due Date | 10/11/2018 |
| Matter | Drayton v. Avia Premier Care |

**Bill To:**

Yessenia Drayton

## Time Entries

| Time Entry | Billed by | Rate | Hours | Sub |
|---|---|---:|---:|---:|
| Communicate (with client)<br>6/13/2018<br>Discuss Demand Draft with Client | Jason Imler | $350.00 | 0.20 | $70.00 |
| Manage data/files<br>7/9/2018 | Toni Harrold | $100.00 | 1.00 | $100.00 |
| Communicate (with client)<br>7/9/2018<br>Consultation | Jason Imler | $350.00 | 1.00 | $350.00 |
| Review/analyze<br>7/10/2018<br>Review all documents provided by client | Jason Imler | $350.00 | 4.40 | $1,540.00 |
| Communicate (with client)<br>7/12/2018<br>Discuss documents with client | Jason Imler | $350.00 | 0.10 | $35.00 |
| Draft/revise<br>7/16/2018<br>Draft Demand Letter | Jason Imler | $350.00 | 2.25 | $787.50 |
| Time<br>7/16/2018<br>Finalize Demand with Client | Jason Imler | $350.00 | 0.20 | $70.00 |
| Draft/revise<br>7/17/2018<br>Notify Demand is complete | Jason Imler | $350.00 | 0.10 | $35.00 |
| Communicate (with client)<br>7/26/2018<br>Notify Demand Returned | Jason Imler | $350.00 | 0.10 | $35.00 |
| Communicate (with client)<br>7/30/2018<br>Discuss next steps in case | Jason Imler | $350.00 | 0.10 | $35.00 |

| Time Entry | Billed by | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>8/22/2018<br>Discuss Complaint | Jason Imler | $350.00 | 0.20 | $70.00 |
| Draft/revise<br>8/27/2018<br>Draft Complaint | Jason Imler | $350.00 | 4.50 | $1,575.00 |
| Draft/revise<br>8/27/2018<br>Draft Summons | Jason Imler | $350.00 | 0.75 | $262.50 |
| Appear for/attend<br>8/27/2018<br>Travel to Federal Court to File Complaint | Gary Printy | $350.00 | 1.00 | $350.00 |
| Plan and prepare for<br>8/28/2018<br>Coordinate service of process | Toni Harrold | $100.00 | 1.00 | $100.00 |
| Review/analyze<br>8/28/2018<br>Review Court Orders and filings | Jason Imler | $350.00 | 1.60 | $560.00 |
| Draft/revise<br>9/11/2018<br>Certificate of Interested Person | Jason Imler | $350.00 | 1.50 | $525.00 |
| Draft/revise<br>9/11/2018<br>Pendency of Other Actions | Jason Imler | $350.00 | 0.75 | $262.50 |
| Draft/revise<br>9/11/2018<br>Responses to Courts Discovery | Jason Imler | $350.00 | 3.00 | $1,050.00 |
| Communicate (with client)<br>9/12/2018<br>Discuss Court Filings with Client | Jason Imler | $350.00 | 0.10 | $35.00 |
| Communicate (in firm)<br>9/12/2018<br>Communicate next steps | Jason Imler | $350.00 | 0.10 | $35.00 |
| Draft/revise<br>9/18/2018<br>Motion for default with proof of service | Jason Imler | $350.00 | 1.50 | $525.00 |
| Review/analyze<br>9/25/2018<br>Review Court filings and resubmit proof of executed service. | Jason Imler | $350.00 | 0.95 | $332.50 |
| Review/analyze<br>9/26/2018<br>Review Clerk's entry of Default. | Jason Imler | $350.00 | 0.10 | $35.00 |
| Draft/revise<br>9/26/2018<br>Motion for Default Judgment with Exhibits. | Jason Imler | $350.00 | 3.75 | $1,312.50 |
| Communicate (with client)<br>9/27/2018<br>Work on Affidavit to support Motion for Default Judgment | Jason Imler | $350.00 | 1.50 | $525.00 |

| Time Entry | Billed by | Rate | Hours | Sub |
|---|---|---|---|---|
| | | **Time Entries Total:** | **31.75** | **$10,612.50** |

| | |
|---|---|
| Total (USD) | $10,612.50 |
| Paid | $0.00 |
| Balance | $10,612.50 |

## Terms and Conditions

Thank you for your business. Please pay this invoice by the above payment due date.